MERRICK B. GARLAND
Attorney General of the United States

TRACY L. WILKISON
United States Attorney
Central District of California

SCOTT M. GARRINGER
Chief, Criminal Division
Central District of California

MARK A. WILLIAMS
DENNIS MITCHELL
ERIK M. SILBER
Special Attorneys Appointed Under 28 U.S.C. § 515
1300 United States Courthouse
312 North Spring Street
Los Angeles, California 90012
Telephone: (213) 894-3359/2484/2231
E-mail:    mark.a.williams@usdoj.gov
           dennis.mitchell@usdoj.gov
           erik.silber@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII
Dec 9, 2021, 9:20 am
Michelle Rynne, Clerk of Court

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR NO. **21-00140 JMS** |
| Plaintiff, | I N F O R M A T I O N |
| v. | [7 U.S.C. §§ 136j(a)(2)(G), 136l(b)(1)(A): Using a Pesticide in a Manner Inconsistent with its Labeling] |
| MONSANTO COMPANY, | |
| Defendant. | [CLASS A MISDEMEANORS] |

The United States Attorney charges:

COUNTS ONE THROUGH THIRTY

[7 U.S.C. §§ 136j(a)(2)(G), 136l(b)(1)(A)]

On or about the dates identified below, in Honolulu County, within the District of Hawaii, defendant MONSANTO COMPANY, a

registrant, knowingly used the registered pesticide LPI Glufosinate 280, with the alternate brand name of Forfeit 280 ("Forfeit 280"), in a manner inconsistent with its labeling, specifically, on the dates identified in the table below, MONSANTO COMPANY sprayed Forfeit 280 on its field corn fields and thereafter MONSANTO COMPANY workers entered the fields less than six days later to engage in field corn scouting contrary to the restricted-entry interval (or "REI") on the label:

| Count | Date Sprayed Forfeit 280 | Field Sprayed | Date Corn Scouting Occurred |
|---|---|---|---|
| ONE | June 4, 2020 | Haleiwa Field 20K01A04G | June 8, 2020 |
| TWO | June 4, 2020 | Haleiwa Field 20K04A01G | June 8, 2020 |
| THREE | June 4, 2020 | Haleiwa Field 20K08C04G | June 8, 2020 |
| FOUR | June 4, 2020 | Haleiwa Field 20K06B03G | June 8, 2020 |
| FIVE | June 4, 2020 | Haleiwa Field 20K04A38L | June 8, 2020 |
| SIX | June 5, 2020 | Haleiwa Field 20K03A25G | June 8, 2020 |
| SEVEN | June 5, 2020 | Haleiwa Field 20K05B09L | June 8, 2020 |
| EIGHT | June 5, 2020 | Haleiwa Field 20K07B02G | June 8, 2020 |
| NINE | June 5, 2020 | Haleiwa Field 20K07C19L | June 8, 2020 |
| TEN | June 5, 2020 | Haleiwa Field 20K07C01G | June 8, 2020 |
| ELEVEN | June 5, 2020 | Haleiwa Field 20K07D01G | June 8, 2020 |
| TWELVE | June 6, 2020 | Haleiwa Field 20K03A32G | June 8, 2020 |
| THIRTEEN | June 9, 2020 | Haleiwa Field 20O06A03G | June 15, 2020 |
| FOURTEEN | June 9, 2020 | Haleiwa Field 20K13B01L | June 15, 2020 |
| FIFTEEN | June 17, 2020 | Lower Kunia Field 5F01-12-R-L-20_PF | June 19, 2020 |

| Count | Date Sprayed Forfeit 280 | Field Sprayed | Date Corn Scouting Occurred |
|---|---|---|---|
| SIXTEEN | June 17, 2020 | Lower Kunia Field 5F01-12-R-L-20_PF | June 22, 2020 |
| SEVENTEEN | June 17, 2020 | Lower Kunia Field 5F02-13-R-L-20_PF | June 19, 2020 |
| EIGHTEEN | June 17, 2020 | Lower Kunia Field 5F02-13-R-L-20_PF | June 22, 2020 |
| NINETEEN | June 17, 2020 | Lower Kunia Field 5F03-14-R-L-20_PF | June 19, 2020 |
| TWENTY | June 17, 2020 | Lower Kunia Field 5F03-14-R-L-20_PF | June 22, 2020 |
| TWENTY-ONE | June 17, 2020 | Lower Kunia Field 5F04-15-RHS-L-20_PF | June 19, 2020 |
| TWENTY-TWO | June 17, 2020 | Lower Kunia Field 5F04-15-RHS-L-20_PF | June 22, 2020 |
| TWENTY-THREE | June 17, 2020 | Lower Kunia Field 5H01-24-RHS-L-20_PF | June 19, 2020 |
| TWENTY-FOUR | June 17, 2020 | Lower Kunia Field 5H01-24-RHS-L-20_PF | June 22, 2020 |
| TWENTY-FIVE | June 23, 2020 | Lower Kunia Field 7A01-25-R-L-20_PF | June 24, 2020 |
| TWENTY-SIX | June 23, 2020 | Lower Kunia Field 7A01-25-R-L-20_PF | June 26, 2020 |
| TWENTY-SEVEN | June 23, 2020 | Lower Kunia Field 7A02-26-RHS-L-D-20_PF | June 24, 2020 |

| Count | Date Sprayed Forfeit 280 | Field Sprayed | Date Corn Scouting Occurred |
|---|---|---|---|
| TWENTY-EIGHT | June 23, 2020 | Lower Kunia Field 7A02-26-RHS-L-D-20_PF | June 26, 2020 |
| TWENTY-NINE | June 23, 2020 | Lower Kunia Field 7B01-27-RHS-L-D-20_PF | June 24, 2020 |
| THIRTY | June 23, 2020 | Lower Kunia Field 7B01-27-RHS-L-D-20_PF | June 26, 2020 |

MERRICK B. GARLAND
Attorney General of the United States

TRACY L. WILKISON
United States Attorney
Central District of California

*[signature]*

SCOTT M. GARRINGER
Assistant United States Attorney
Chief, Criminal Division
Central District of California

MARK A. WILLIAMS
DENNIS MITCHELL
ERIK M. SILBER
Special Attorneys Appointed Under 28 U.S.C. § 515

United States v. Monsanto Company
"Information"