MERRICK B. GARLAND
Attorney General of the United States
TRACY L. WILKISON
United States Attorney
SCOTT M. GARRINGER
Assistant United States Attorney
Chief, Criminal Division

MARK A. WILLIAMS (Cal. Bar No. 239351)
DENNIS MITCHELL (Cal. Bar No. 116039)
ERIK M. SILBER (Cal. Bar No. 190534)
Special Attorneys Appointed Under 28 U.S.C. § 515
1300 United States Courthouse
312 North Spring Street
Los Angeles, California 90012
Telephone:  (213) 894-3359/2484/2231
E-mail:  mark.a.williams@usdoj.gov
            dennis.mitchell@usdoj.gov
            erik.silber@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII    *cc*
Dec 9, 2021, 9:20 am
Michelle Rynne, Clerk of Court

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CR. NO. **21-00140 JMS** |
| | ) | |
| Plaintiff, | ) | |
| | ) | NOTICE REGARDING |
| vs. | ) | EARLIER CHARGES FILED |
| | ) | AGAINST DEFENDANT |
| MONSANTO COMPANY, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |
| | ) | |

NOTICE REGARDING EARLIER CHARGES FILED AGAINST DEFENDANT

The United States Attorney's Office notifies the United States District Court for the District of Hawaii that the United States Attorney's Office is now filing or has, within the last 14 days, filed an Information that names as a defendant previously charged in a different Information filed in this Court.

NAME OF DEFENDANT:  Monsanto Company

CASE NUMBER(S) IN WHICH DEFENDANT WAS PREVIOUSLY CHARGED IN THIS DISTRICT:  Cr. No. 19-00162 JMS

STATUS OF DEFENDANT (check as appropriate):

       Prior Case(s) Closed and No Supervision Ongoing
       Defendant Now Serving Custody Sentence in Prior Case(s)
X     Defendant on Supervised Release or Probation
X     Prior Case(s) Still Ongoing
       Other (please explain; e.g., Defendant now a fugitive)

_____

_____

DATED:   December 9, 2021, at Honolulu, Hawaii.

                TRACY L. WILKISON
                United States Attorney
                Central District of California

                   */s/ Erik M. Silber*
                By_____
                  MARK A. WILLIAMS
                  DENNIS MITCHELL
                  ERIK M. SILBER
                  Special Attorneys